IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID LOPEZ,<br><br>Plaintiff,<br><br>v.<br><br>M. E. SPEARMAN, et al.,<br><br>Defendants. | Case No. C 12-04554 EJD (PR)<br><br>[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO CHANGE TIME TO FILE DISPOSITIVE MOTION |

Defendants Fernandez and Friederichs have requested a sixty-day extension of time, up to and including August 20, 2013, for all Defendants to file a dispositive motion. The Court finds good cause for the motion and grants it.

Any opposition by Plaintiff to Defendants' dispositive motion shall be filed and served no later than thirty days from the date Defendants' motion is filed. Defendants shall file a reply brief no later than fifteen days after Plaintiff's opposition is filed.

Further, in the event that Defendants' dispositive motion is denied in whole or in part, Defendants will file an Answer to Plaintiff's second amended complaint within 30 days of the Court's ruling on Defendants' dispositive motion.

Dated: 6/24/2013

The Honorable Edward J. Davila

1

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

DAVID LOPEZ et al,

        Plaintiff,

  v.

M E SPEARMAN et al,

        Defendant.

Case Number: CV12-04554 EJD

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 25, 2013, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

David Lopez D-24657
Correctional Training Facility
P. O. Box 689
Soledad, CA 93960

Dated: June 25, 2013

                                          Richard W. Wieking, Clerk
                                          /s/ By: Elizabeth Garcia, Deputy Clerk