IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| IN RE GUILLERMO VERA, | ) | No. C 13-02146 EJD (PR) |
| Plaintiff. | ) | JUDGMENT |
| | ) | |

The Court has dismissed the instant civil rights action without prejudice for Plaintiff's failure to pay the filing fee. A judgment of dismissal without prejudice is entered.

The Clerk shall close the file.

DATED: 6/24/2013

EDWARD J. DAVILA
United States District Judge

Order of Dismissal
02146Vera_judgment.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

IN RE GUILLERMO VERA,            Case Number CV 13-02146 EJD (PR)

      Plaintiff.

                                                   **CERTIFICATE OF SERVICE**

_____/

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on _____6/25/2013_____, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s)hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) inter-office delivery receptacle located in the Clerk's office.

**Guillermo Vera**
K-73387
Corcoran State Prison
P. O. Box 3476
Corcoran, CA 93212

DATED: _____6/25/2013_____
                                  Richard W. Wieking, Clerk
                                /s/By: Elizabeth Garcia, Deputy Clerk