IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE GUILLERMO VERA,<br><br>    Plaintiff. | No. C 13-02146 EJD (PR)<br><br>ORDER OF DISMISSAL |

On May 10, 2013, Plaintiff filed a letter that was construed as an action pursuant to 42 U.S.C. § 1983. On the same day, the Clerk sent Plaintiff two separate notices that he had not filed an In Forma Pauperis ("IFP") application or a proper complaint. (Docket Nos. 2 & 3.) Plaintiff was advised that he must respond to the notices within twenty-eight days or the case would be dismissed. (Id.) The deadline has passed and Plaintiff has not filed the required documents. Accordingly, Plaintiff's case is **DISMISSED**.

The Clerk shall terminate any pending motions and close the file.

DATED: 6/24/2013

EDWARD J. DAVILA
United States District Judge

Order of Dismissal
02146Vera_dism-ifp&compl.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

IN RE GUILLERMO VERA,　　　　　　　　　　　Case Number CV 13-02146 EJD (PR)

　　　　Plaintiff.

**CERTIFICATE OF SERVICE**

_____/

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on _____6/25/2013_____, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s)hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) inter-office delivery receptacle located in the Clerk's office.

**Guillermo Vera**
K-73387
Corcoran State Prison
P. O. Box 3476
Corcoran, CA 93212

DATED: _____6/25/2013_____

　　　　　　　　　　　　　　　　Richard W. Wieking, Clerk
　　　　　　　　　　　　　　/s/By: Elizabeth Garcia, Deputy Clerk