1
2
3
4
5
6
7
8
9
10

**Filed**

OCT 1 1 2013

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 11 | IN RE GUILLERMO VERA, | No. C 13-02146 EJD (PR) |
| 12 | Plaintiff. | ORDER REOPENING ACTION; ADDRESSING PENDING MOTIONS |

(Docket Nos. 9 & 11)

On June 25, 2013, the Court dismissed the instant civil rights action without prejudice for Plaintiff's failure to pay the filing fee or file a complaint, and a judgment of dismissal without prejudice was entered. (Docket No. 6.)  In the interest of justice, the Court granted Plaintiff an extension of time to reopen this action by filing a complaint and complete In Forma Pauperis ("IFP") Application.  (See Docket Nos. 8 & 14.)  On August 12, 2013, Plaintiff filed a complaint, (Docket No. 10), and on September 24, 2013, a complete IFP application.  Plaintiff's IFP motion will be granted in a separate order.

Plaintiff's motion for order to show cause and temporary restraining order and motion for preliminary injunction, which were filed while the matter was closed, (Docket Nos. 9 & 11), are DENIED.  Plaintiff may file new motions after the action is reopened.

Order Reopening Action; Addressing Pending Motions
02146Vera_reopen.wpd

1    The Clerk shall vacate the judgment and reopen this action.  This order terminates

2   Docket Nos. 9 and 11.

3

4   DATED: _____10/11/13_____          _____

5                                          EDWARD J. DAVILA
                                           United States District Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

IN RE GUILLERMO VERA,
                Plaintiff.

Case Number: CV13-02146 EJD

**CERTIFICATE OF SERVICE**

_____/

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on _____10/11/13_____, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Guillermo Vera K-73387
Corcoran State Prison
P. O. Box 3476
Corcoran, CA 93212

Dated: _____10/11/13_____

Richard W. Wieking, Clerk
By: Elizabeth Garcia, Deputy Clerk